quired to sentence him to serve not less than one nor more than two years; hence, it is obvious that the court's charge was not in accord with the allegation in the indictment and was an infringement upon appellant's legal right.

For the error above pointed out, the judgment of the trial court is reversed and the cause is remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

a room, house, and building where "*intoxicating liquor* was kept, possessed and sold in violation of law." (Italics ours.) For the reasons stated in Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882, the indictment is fundamentally defective.

The judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

CHRISTIAN, Judge.

The offense is keeping a building for storing intoxicating liquor; the punishment, confinement in the penitentiary for three years.

It was charged in the indictment, in substance, that on the 5th of August, 1934, in Gray county, appellant kept and maintained